No. 87–857.  POHLOT v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 87–861.  TEAMSTERS LOCAL NO. 728 v. MIMS.  C. A. 11th Cir.  Certiorari denied.

No. 87–866.  GILLETTE v. UNITED STATES.  Ct. Mil. App.  Certiorari denied.

No. 87–867.  NEELEY v. UNITED STATES.  Ct. Mil. App.  Certiorari denied.

No. 87–880.  GENERAL ELECTRIC CO. v. M/V NEDLLOYD ROUEN ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 87–881.  GROSS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 87–887.  7.92 ACRES OF LAND ET AL. v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 87–888.  RAFFERTY, SUPERINTENDENT, RAHWAY STATE PRISON, ET AL. v. CARTER ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 87–890.  WALKER v. CONSUMERS POWER CO.  C. A. 6th Cir.  Certiorari denied.

No. 87–908.  RYAN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 87–923.  ROBILOTTO v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 87–5065.  WERNERT v. ARN, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 87–5201.  TYLER v. WADMAN ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 87–5228.  TATE v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 87–5248.  CARABALLO-GARCIA v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.